FILED

JUL 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-er-00156 DLB (MJ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER STAYING MAGISTRATE JUDGE'S |
| | ) ORDER RELEASING DEFENDANT ON HIS |
| GERARDO MORALES, | ) OWN RECOGNIZANCE PENDING HEARING |
| | ) ON THE GOVERNMENT'S MOTION FOR |
| | ) REVOCATION  HEARING, AND ORDER |
| Defendant. | ) SETTING BRIEFING SCHEDULE · |
| | ) |

Upon application of the United States Government for stay of

the order of U.S. Magistrate Judge Dennis L. Beck setting

conditions of release for the above-named defendants, and good

cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's release

order of the above-named defendant, be stayed pending the

disposition of the government's motion to revoke such orders.
until a hearing today at 5pm.

Dated: 7-20-12        _____
                       U.S. District Judge